If the clerk would please call the last case of the morning. 315-0757, Ashley Eddards v. David Ryan Shrader. Good morning, Your Honors. My name is Emanuel Guy and I represent Petitioner Ashley Eddards in this case. I have two grounds in which we prosecute our appeal. The first is the jurisdictional question. The second is whether or not the decision of the Commission was against the manifest way of the evidence and it should be reversed. Let's deal with the overarching jurisdictional first. I think that's the key question. Yeah, it is. Because if there's no jurisdiction, the Commission had no jurisdiction then. Correct. Okay, and that's exactly what I was going to say. The motion to contest jurisdiction is filed under Supreme Court Rule 361H. And, Your Honors, I have copies of this for you if you are not in person with that. And if you want to, in this discussion, it might help that the clerk has a copy for each of you and for counsel. I file that under 361 and the introductory paragraph of 361 says that if I deem that we can challenge the jurisdiction. Counsel, there's no question you can challenge the jurisdiction at any juncture. Let's get to the law about the basis for your challenge. We know you can do that. Okay. Well, Your Honor, what it is, is that the respondent did not appeal the corrected decision of the arbitrator. The decision was entered on 8-29-2015. The respondent filed a motion to recall 9-13-15 and the corrected decision was issued 10-7-2015. Appeal was dated 11-5-15 but referred to the 8-29-15 decision. All right. Can we sort of summarize here? He took an appeal. He perfected an appeal of the arbitrator's original decision rather than the corrected decision. Right. Is that what happened here? That's what I think happened. He never perfected review of the arbitrator's corrected decision within 30 days.  Is that the essence of what happened here? That is. That's it exactly, Your Honor. And because of that, your position is the commission had no jurisdiction. Right. But I didn't discover that until I was reviewing your brief for this court. It doesn't make any difference when you discovered it. If there was no jurisdiction, there's no jurisdiction. Right. Our only question is, was there a jurisdiction? I submit that there was no jurisdiction because he appealed the wrong decision on the commission. He appealed the original, not the corrected. We all agree on the facts here. Right. Okay. Now, should I continue on? I do want to address some other issues. Well, at this time, I think, yeah. Go ahead. Right, Bill. Put it to him, right? Yeah. It's your choice. You have the time. Use it as you so choose. Your Honor, I came a long way, and I think I would rather at least tell you what I think about the merits of the case because I think there's some things that I would like to perhaps with this case or at least give you something to think about on future cases. My brief was stricken because I had some diagrams in there that the court decided was not in the record and therefore should not, I had to resubmit the briefs. And those particular drawings were the Nutter drawings that are, I think, widely used as far as illustrations of medical cases for body parts, and there was also a work by Cleveland Clinic that came off the Internet. And there is some case law in the state court system that talks about using Internet information, but it's not, in my opinion, it's not really clearly stated. And I think that it might be beneficial if this court, or maybe not in this case, but in some other cases, that the Illinois Rules of Evidence that were enacted January 1 of 2011, the Illinois Supreme Court relaxed the standards to allow Internet evidence. Are you asking us to revisit our decision relative to the briefs? I'm just asking for clarification of this portion of the argument. If you want to talk about the briefs, I'd like to talk about that, too. Okay. But this specific point that you're making, what does it relate to? It relates to the diagrams? Yes. But these are the diagrams that weren't in evidence. Is that right? They were not in the record and not in evidence, but I'd say they're in need of argument because the medical evidence has all the descriptive terms. And what I put in there was a diagram of the shoulder body part from the Nutter drawing and also, since they have challenged the credibility of my client, I'm saying that the credibility of my client is based on the case-involved impingement syndrome and the way it develops. And in my opinion, if you look at the chronology of the medical treatment of Dr. Sinha and the body part involved, which is his shoulder, that the credibility of the petitioner falls to us, in other words, in our favor. And there should not be any challenge to the credibility of Ashley Evers. When it happened, the way this impingement syndrome condition develops, it's a blockage of the blood supply to that part of the shoulder. And the longer it goes on, the more pain you experience. Dr. Sinha, a very fine orthopedic surgeon in our area, right away he diagnosed impingement syndrome. Well, what does that mean to you? I'm not a doctor. I have a daughter who's a doctor, and she doesn't know. She's a pediatric anesthesiologist. She doesn't know what impingement syndrome is. I didn't know until this case came to my office. The point is that those diagrams assist the trier effect. Counsel, we're not the trier effect. The fault with your argument is we are not the triers effect. You're showing us this diagram, and you're asking us to become the trier effect, vis-a-vis the issue of credibility. Our cases are very clear. We do not consider anything on appeal that is not contained in the record below. Your Honor, what I would suggest, and I'm familiar with that rule, the rule on appellate work related to, quote, the records, should be modified that on factional matters that are presented by the parties, that's fine. But when you have scientific common knowledge that could be obtained from the Internet, which is where I got that, then I think that if it's a reliable source, that should be allowed in the brief because it gives reliable information to the review tribunal, and it aids greatly in understanding the case. Counsel, that's just incorrect. You're asking us, that's just incorrect. You're asking us basically to take additional notice of something akin to a dictionary definition, whereas what you're suggesting is a substitute for excellent testimony. We can't do that. Your Honor, I have a reprint out of, you know, Judge DeVito's evidence book, and in the trial briefs that the ISVA sends out, I have a reprint out of that that says that the Illinois Rules of Evidence 201, which is judicial notice, that really recognizes that the Internet can be a source of this additional information. And if there is ‑‑ Well, counsel, if you're talking about us taking judicial notice of an Internet position that tells us the distance between Chicago and Peoria, yeah, we can take judicial notice of that. But if you're telling us what Cleveland Clinic says about impingement syndrome, we're not going to take judicial notice of that. Quite frankly, I know of only a single case ever decided that authorized dancing around in the Internet to find medical evidence was a decision written by Judge Posner with a very strong dissent because he went dancing through the Internet to sustain an objection to a summary judgment in a case by some prisoner. It's the only case that I even know of that even comes close to saying that, and I know of no one that's ever followed it. Your Honor, in that issue of the trial briefs that I have, it's just the one page, but I'd be pleased to send it to you. There's a lot more cases that talk about getting information from the Internet and using it. Illinois cases say that's okay. There's Illinois cases and there's from other Ohio and different places. I'm not talking about other jurisdictions. We're talking about Illinois cases. As I stand here, I can't give them to you, but I'd be pleased to send them to you if you're interested. But, counsel, this is all academic. If those were contained in a brief that were ordered strictly, this isn't a request to revisit that. You're here to argue what is in your brief that's non-filed here that we have reviewed. That's right. But the brief was stricken because I had those diagrams in there. And what I'm saying is 361H5, if you read that statute, and again, I have a copy for each of you if you want, but what it says in there is that if I file a motion to challenge the jurisdiction, that the court, I've got to use these to get a little bit of small print. Counsel, you can challenge the jurisdiction. We're not disputing that. I know, but we're talking about the brief now. That's what he raised the issue of. We struck the brief because the brief contained matters within it that weren't contained within the record. It had nothing to do with jurisdiction. We struck the brief for that reason. Well, the other side filed an objection to the brief because it wasn't in the order 341. But in 361H5, the appellate court may order additional briefing. Since I challenged the jurisdiction, I put the jurisdiction question first and then filed 341, and it was stricken because of that. And I'm saying to this court that I don't think that's proper because when you look at 361, I tried to follow the rule that's right there, and also in your, when you struck the brief, you said that I would be subject to sanctions for not following the rules of 341. But here it says that I present the issue of jurisdiction, and then H5 says the court may order additional briefing. Well, what I did is just put jurisdiction first and then 341 after that. That was stricken, and I don't think that's proper. I mean, I think, in effect, I filed a 361 brief, although it's not said, and they don't identify it that way, but that's what I did. Now, one of the, I'm talking about the, when I say that we should allow some of that Internet information because if it's reliable, authentic, it's silver, it's actually codified in IRE 201. How do we know it's reliable? Pardon? How do we know it's reliable? We have to make a judgment on what kind of information is presented. Well, how do I know it's reliable? Well, Dr. Jones says X, and Dr. Jones is at Cleveland Clinic. I make a decision that Dr. Jones is competent? No, you make a decision that the information that you're considering is reliable. How would I know that? I know nothing about impingement syndrome. Well, you do when an expert eyewitness doctor or engineer says something. You have to make a decision there. Except for one problem. The other side gets a chance to challenge his credibility. Right, but you still have to make a decision. Yeah, but I get to listen to the evidence. Counsel, you are arguing something that is wasting your argument time. Okay. You've got a jurisdictional point, and you also want to argue to the merits of the case. Fine. Okay. This is not a re-argument of us striking your brief. That's not what this is about. We don't give arguments on motions to strike. So go ahead with what you've got left. Okay. The commission said that the petition was not credible, but it really, the three members of the commission did not say why she was not credible. The commission always has the right to reverse or not accept the findings of the arbitrator. Without question, we're not challenging the fact that they have original jurisdiction. But when they do that, if they're going to say that the petition was not credible, then what they should do is, the court should do here, this court should do, is say, well, what factors are present in order to assess credibility? Well, you have to observe the demeanor of the witness, the sincerity of the witness, the ability to relate to what happened, and the commission was not there. In the circuit court, the respondent said the petitioner appeared before the commission and gave the testimony, and they observed her. That did not happen. That did not happen. I think that if they're going to reverse on credibility, they have the right to reverse on many, many grounds. But if they're going to reverse on credibility, they have to observe that person, all of them. Counsel, if that were the case, there could never be a reversal on credibility because according to the Act, the commission cannot take evidence. I just want to reverse on one point. I said if you were correct in that position, there could never be a reversal on credibility from an arbitrator's decision. The commission is not permitted by reason of the Act to hear testimony. That's my point. Now, we have cases on the council. We've only said that what the commission must do if it disagrees with the credibility finding of an arbitrator is list the reasons why. We have never said they have to see the witness. But they did not list, in this case, they did not list the reasons why. That is a bona fide argument. The fact that they didn't hear the witness is not. Right. So, and the other thing is the attempted impeachment of my witness, or my petitioner, on the basis that she purportedly gave answers on Form 45 two and a half years before and then was not shown at the time whether they were, the entries in that Form 45 were correct and then a third party recorded them not under oath. And I think that the attempted impeachment was improper and shouldn't be accepted by the court. If you have any other questions, I guess... I don't believe we do. Okay, thank you. Thank you, counsel. Counsel, you may respond. Good morning. My name is Peter Downing. I represent Heritage. Mayor, the appellee and employer in this case, there are two basic issues, the jurisdictional issue and the manifest way to the evidence. Let me ask you a point of question just to pin something down. Did you ever take review of the arbitrator's corrected decision within 30 days of the date of that decision? That's a very simple question. I know there's other, I know what happened. Did you take an appeal of the arbitrator's corrected decision within 30 days of the date of that decision? Yes or no? The petition, yes. The petition for review that we filed was for the corrected decision. The dates on there were typographical errors. There were wrong dates on there. Hold on. Hello? Typographical error? It was the date of the original decision. That's heck of an error. That's, you know, if you had said January the 23rd, 2013 when it should have been 2014, somebody might buy the argument. But when you turn around and the date that you put in is the exact date of the original decision, you want to tell us that's a Schrivener's error? Yes. Or that's simply a mistake? It's a mistake. Well, that's a little different than a Schrivener's error. It's a mistake. That means you appealed the wrong decision. We would argue that this is similar to the Schaefer case where they put the wrong case number. But that was considered to be a Scrivener's error or typographical error. I mean, the act, as you know, all of the cases say, and you can try and distinguish this from other cases because it is sort of unique, but all of them, do they not reference strict compliance when it comes to jurisdiction? So succinctly tell us why we should ignore their rule and save your case when you clearly appealed the original decision, not the corrected one. All of the cases state that when it comes to the timely filing of the review, strict compliance is necessary. The petition for review timely, was timely filed. The cases say that. It was timely filed of a different decision. But the different decision was a nullity. Once he removed the decision, it was a nullity. We couldn't review that decision if we wanted to. Do you have cases that say that it's a nullity, therefore there's no jurisdictional issue? Do you have cases that say that? No. Not at all. This is an issue of first impression. So you can say that the original decision was a nullity? Yes. When you talk about an order that is a nullity, can you appeal that order that is considered a nullity? No. It wasn't our intention to review that decision. It was our target. It's a situation where the public court is without jurisdiction if there's an attempt to appeal a null order. True. Isn't the Garcia case, the Illinois Supreme Court case, pretty clear on that? I don't think Garcia was mentioned. It wasn't cited in either of the briefs, I don't think. Okay. 95 Illinois 2nd and 469. I don't know about that case. The cases that come down on this, and most of them deal with an appeal to the circuit court rather than an appeal to the commission. It doesn't mean either jurisdiction is jurisdiction. Right. And most of them say when, you know, the purpose of the form, it's our argument that our appeal was timely filed. And strict compliance was complied with. Yes, timely filed on the wrong decision. The form was mistaken. And there's other cases like Schaefer and Luttrell where the form, where the court has allowed substantial compliance with the form. And the goal of the form is that the parties in the industrial commission know that you intend to review the arbitrated decision. How do they know you intend to review the corrected decision? How would they know that? Well, in this case, at all points, the corrected decision was what was reviewed. It was the original decision was never. Counsel, the fact that that's what was actually reviewed is not the issue. The issue is whether anyone had jurisdiction to review it. In the first place. In the first place. What happened later does not justify what happened at the beginning. So now I ask you the question. You intended to appeal decision B, but you put on your appeal form decision A. So how is anyone to say that that's substantial compliance with the 30-day requirement for appealing decision B? And because you're going to say, because I meant to type decision B, but type decision A? My point is that the goal of the form of the petition to review was satisfied and that the parties in the industrial commission knew that the respondent was appealing, reviewing. I can just explain that. Jurisdiction is very specific. If the court commission didn't have jurisdiction in the first place, it doesn't matter what they perceive the intentions. You can understand that. It doesn't matter. If we didn't time the filer, then the commission doesn't have jurisdiction. And it can't be waived by what they do. I agree. I agree. But my point is, if it's timely, if a petition for review is timely to file, if you go back to the Blanton and Cole mining case, they allowed a simple letter saying we want to review the decision. The cases that have allowed substantial compliance have said the goal is to take substance over form, that a party shouldn't be penalized for the form of the petition for review in getting their right to be reviewed. Counsel, I don't think there's anybody up here that disputes that. I mean, if you used 8 1⁄2 by 14-inch paper when you should have used 8 1⁄2 by 11-inch paper, you'll be up here saying this is a jurisdictional issue. But the fact of the matter is, you've got to file a petition for review from the decision that you want reviewed. And in this particular case, you filed a petition for review from a decision that you didn't want reviewed and never filed one from the one you do. I would argue that once that decision was recalled, the only decision that existed was a corrected decision. And there's no question. And within 30 days of that corrected decision, you should have filed a petition for review from it. We did, but we listed the wrong dates. Here's the problem with – let's carry this thing out in the real world. Let's assume that somebody intended, didn't know the law, and intended to appeal the original decision. Okay? Intended to. By mistake. No jurisdiction. According to you, then, if you explain that somehow you made a mistake before the commission, that's okay. The law would be chaos if we don't have strict compliance with these rules. If we did that, then our petition for review would not be timely filed. Based on your explanation later, you're saying. No. The time between the original arbitration decision and the – the original arbitration decision was August 29th, 2013. No, you timely filed the appeal from the original, but not from the corrected decision. Well, my point is that by the time the recall decision came in, we would not have been able to timely file – we would not – our petition for review would not be timely filed if we filed after the recall decision, as we did. Now I'm getting confused. You had the corrected – you're saying by the time you got the corrected decision, you didn't have the time to take an appeal from that? No. If it was our intention to file – to file a petition against the original decision, we would have to have done so by September 29th, 2013. The corrected decision came out on October 7th, 2013. I'm sorry, on October 9th, 2013. Our petition to review was filed on November 5th, 2013. So you intended to appeal the corrected, but appealed the wrong decision. We listed the wrong number on the – But can you see the need for strict compliance? Because if you appeal for whatever your subjective reasons are, what you subjectively intended to do, if you make a mistake and you list the wrong judgment, the wrong decision, there's a problem with that. So then why wasn't that true in the Schaeffer case, where they listed the wrong case number? Because the case number is entirely different because it has a date of a decision in there, and we know it's the decision in the right case number because that's the date of it. In your particular case, this wasn't some random date that was placed in your notice seeking review. It was the actual date of the original decision. And so when you turn around and say we made a mistake, yes, you did make a mistake, but the fact of the matter is it was not a petition for review from the amended decision. It was the petition for review of a decision in this case, not some random date. If it were a random date, your case would be strong, much stronger, and say wait a minute, come on. You know, I got the right case number. The decision was on such and such a date. My typist missed the month or something on that order. But the fact of the matter, this is a real decision that's in your notice for seeking review. That's the problem with this case. I think the cases state that for substantial compliance, you have to show notice to the parties that you intend to do it. I think even though it was not a mistake on our petition for review, but I think that even with that mistake, the goal of the petition for review, the form to give notice to the party, I think was met because clearly everything went forward as if there was no mistake on the petition for review. I think we understand your argument, and we do. Yeah. Thank you, counsel. Counsel, you have a brief reply. In the Constitution, Shultz was a case that Justice McCullough decided strict compliance, 19F, is required. Schaefer, Justice Holder, wrote that in, I think, 2014. Wrote a decision you distinguish between jurisdictional matters and ministerial matters. What you've been talking about, wrong case number, ministerial. The date of the decision, all the appeals, the appeal format in our code of civil procedure is you appeal the decisions, orders, judgments, decrees, and the date is important, and they missed it. So, therefore, the court has no jurisdiction. Thank you. Thank you, counsel. Both your arguments in this matter will be taken under advisement. This position shall issue. The court will stand in recess until 9 a.m. tomorrow morning.